**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DANIEL BOREL,<br><br>Plaintiff,<br><br>v.<br><br>TOWNSQUARE MEDIA, INC.,<br><br>Defendant. | Civil Action No.: |

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiff, DANIEL BOREL ("Borel" or "Plaintiff"), brings this complaint in the United States District Court for the Southern District of New York against TOWNSQUARE MEDIA, INC. ("Townsquare" or "Defendant"), alleging as follows:

## THE PARTIES

1. Plaintiff Daniel Borel is a commercial still and drone photographer specializing in real estate photographs and video. Plaintiff resides in Shreveport, Louisiana.

2. Defendant is a corporation organized and existing under the laws of the State of Delaware with its principal place of business located in Purchase, New York. Defendant's agent for service of process: Corporation Service Company, 251 Little Falls Drive, Wilmington, Delaware 19808.

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4. This Court has personal jurisdiction over Defendant because Defendant has maintained sufficient minimum contacts with the State of  and as a result the exercise of personal jurisdiction

over Defendant by this Court would not offend traditional notices of fair play and substantial justice.

5. Venue is proper in this district pursuant to 28 U.S.C. § 1400(a) because Defendant or its agent(s) reside or may be found in this district: "A defendant 'may be found' in a district in which he could be served with process; that is, in a district which may assert personal jurisdiction over the defendant."

## FACTS

### I. The Photographs at Issue in this Lawsuit

6. On June 24, 2022, Daniel Borel captured the photographs, "8265 Cornhusker_3000px_02," "8265 Cornhusker_3000px_03," "8265 Cornhusker_3000px_17," "8265 Cornhusker_3000px_20," "8265 Cornhusker_3000px_22," "8265 Cornhusker_3000px_31," "8265 Cornhusker_3000px_33," "8265 Cornhusker_3000px_34," "8265 Cornhusker_3000px_37," "8265 Cornhusker_3000px_39," "8265 Cornhusker_3000px_48," "8265 Cornhusker_3000px_50," "8265 Cornhusker_3000px_52," "8265 Cornhusker_3000px_57," "8265 Cornhusker_3000px_58," "8265 Cornhusker_3000px_61," "8265 Cornhusker_3000px_62," "8265 Cornhusker_3000px_63," "8265 Cornhusker_3000px_69," "8265 Cornhusker_3000px_71," "8265 Cornhusker_3000px_74," "8265 Cornhusker_3000px_76," "8265 Cornhusker_3000px_81," "8265 Cornhusker_3000px_84," "8265 Cornhusker_3000px_95," "8265 Cornhusker_Twighlight_3000px_26," "8265 Cornhusker_ Twighlight_3000px_29," and "8265 Cornhusker_ Twighlight_Aerial_3000px_03." ("Copyrighted Photographs") copies of which are exhibited below in the order listed in this paragraph:


BOLD


BOLD










BOLD


BOLD


BOLD
PHOTOGRAPHY


BOLD
PHOTOGRAPHY


BOLD


FAITH
DREAM
BOLD


BOLD


BOLD




MAN
CAVE
Dolphins








BOLD
PHOTOGRAPHY


BOLD
PHOTOGRAPHY






BOLD
PHOTOGRAPHY


BOLD


BOLD
PHOTOGRAPHY


BOLD
PHOTOGRAPHY





7. Copyrighted Photographs were registered by Daniel Borel with the United States Copyright Office on August 10, 2022 (Registration No.: VA0002314867).

8. For all times relevant to this action, Plaintiff has been the author and exclusive copyright holder of all copyright rights in and to Copyrighted Photographs. As such, Plaintiff is entitled to institute and maintain this action for copyright infringement. See 17 U.S.C. § 501(b).

## II. Defendant's Unlawful Activities

9. Defendant is a "digital marketing and solutions organization offering a comprehensive set of products to help local businesses reach more customers, generate leads and grow their online presence across web, mobile and beyond."[1]

10. Starting July 6, 2022, Defendant published Copyrighted Photographs to its website(s), www.k945.com/this-is-the-bougiest-home-weve-ever-seen-in-shreveport-bossier, www.highway989.com/this-is-the-bougiest-home-weve-ever-seen-in-shreveport-bossier, www.710keel/this-is-the-bougiest-home-weve-ever-seen-in-shreveport-bossier, www.mykisscountry937.com/this-is-the-bougiest-home-weve-ever-seen-in-shreveport-bossier, and www.965kvki.com/this-is-the-bougiest-home-weve-ever-seen-in-shreveport-bossier:




[1] www.townsquaremedia.com/marketing-services


#1 For New Country
THIS IS THE BOUGIEST HOME WE'VE EVER SEEN IN SHREVEPORT-BOSSIER
Gallery Credit: Via Kelly Nicole at Call It Closed Int. Realty at CallItClosed.com
Via Kelly Nicole at Call It Closed Int. Realty and CallItClosed.com
8265 Cornhusker Road Shreveport, LA 71107


#1 For New Country
Pool
Book Now
Via Kelly Nicole at Call It Closed Int. Realty and CallItClosed.com
8265 Cornhusker Road Shreveport, LA 71107
This Northrose Estates home is huge at 6,917 square feet. As you can tell, this historic home has been completely restored. It's open and welcoming with clean lines, while still maintaining its character.


Kiss Country 93.7
Vacation homes near me
Book Now
#1 For New Country
Via Kelly Nicole at Call It Closed Int. Realty and CallItClosed.com
8265 Cornhusker Road Shreveport, LA 71107
I'm a huge fan of built-ins and this house has a ton! Literally, this picture is just the beginning of the built-ins you're going to see and I LOVE the staircase and the gorgeous wooden flooring.


Kiss Country 93.7
consumable
#1 For New Country
Via Kelly Nicole at Call It Closed Int. Realty and CallItClosed.com
8265 Cornhusker Road Shreveport, LA 71107
Imagine doing some front porch sitting in this posh setting! It's pretty amazing when you actually OWN the view that you're enjoying.


Kiss Country 93.7
Neutrogena Rapid Wrinkle Repair Hyaluro...
44,880
$27.39 prime
Add to Cart
#1 For New Country
Via Kelly Nicole at Call It Closed Int. Realty and CallItClosed.com
8265 Cornhusker Road Shreveport, LA 71107
Since we mentioned porch sitting, this screened-in porch with a swing and poker table is just waiting for you to make it your own.


Kiss Country 93.7
Neutrogena Rapid Wrinkle Repair Hyaluro...
44,880
$27.39 prime
Add to Cart
#1 For New Country
Via Kelly Nicole at Call It Closed Int. Realty and CallItClosed.com
8265 Cornhusker Road Shreveport, LA 71107
Wouldn't a nice refreshing swim be perfect after a long day at work? I love, love, love the brick pavers and the brick accents around the pool. Notice that the pool also features a hot tub for your rest and relaxation.


Kiss Country 93.7
Pool
Book Now
#1 For New Country
Via Kelly Nicole at Call It Closed Int. Realty and CallItClosed.com
8265 Cornhusker Road Shreveport, LA 71107
Here's another view of the gorgeous in-ground pool with the insane outdoor kitchen that you and your family are sure to love! Add in the mature landscaping and pecan trees and you'll never want to leave home!


Kiss Country 93.7
BEST BUY
Free next-day delivery on thousands of items.
©2022 Best Buy
DJI - Mini 3 Pro and Remote Control with Built-in Screen - Gray
$909.99
Shop Now
#1 For New Country
Via Kelly Nicole at Call It Closed Int. Realty and CallItClosed.com
8265 Cornhusker Road Shreveport, LA 71107
Here's a closer look at the outdoor kitchen. As you can see, it features ALL of the things that a normal indoor kitchen would and it's totally extra!


Kiss Country 93.7
BEST BUY
Free next-day delivery on thousands of items.
©2022 Best Buy
Control with Built-in Screen - Gray
$909.99
Shop Now
#1 For New Country
Via Kelly Nicole at Call It Closed Int. Realty and CallItClosed.com
8265 Cornhusker Road Shreveport, LA 71107
You'll have plenty of room for all of your 'toys' in this detached three-car garage with plenty of parking.


Kiss Country 93.7
How doers get more done.
$49.00
$7.44
$15.23
$55.65
$5.37
$69.00
#1 For New Country
Via Kelly Nicole at Call It Closed Int. Realty and CallItClosed.com
8265 Cornhusker Road Shreveport, LA 71107
This is just one of two 'living' rooms in this gorgeous home and if you'll notice, there are a ton of built-ins. I LOVE built-ins and wainscotting!


Kiss Country 93.7
How doers get more done.
$49.00
$7.44
$15.23
$55.65
$5.37
$69.00
#1 For New Country
Via Kelly Nicole at Call It Closed Int. Realty and CallItClosed.com
8265 Cornhusker Road Shreveport, LA 71107
Here's the second living area and not only is it huge, but we're also loving all of the natural light paired with the cozy wood-burning fireplace and beautiful hardwood floors!


Kiss Country 93.7
BEST BUY
Upgrade Found
#1 For New Country
Via Kelly Nicole at Call It Closed Int. Realty and CallItClosed.com
8265 Cornhusker Road Shreveport, LA 71107
Of course, a home like this has its own game room with a 'nook' for billiards. Somehow calling it a pool table doesn't sound fancy enough for a house like this!


Kiss Country 93.7
Costzon
Driving, Playing, Exploring Endless Possibility
Costzon Ride On Truck, 12V Battery Po...
2,946
$298.98
Shop now
#1 For New Country
Via Kelly Nicole at Call It Closed Int. Realty and CallItClosed.com
8265 Cornhusker Road Shreveport, LA 71107
Can you imagine what this room looks like at night with all of the fairy lights? Between the tile work, all of the windows, and the ceiling details, there's nothing we don't love about this room.


Kiss Country 93.7
Pool
Book Now
#1 For New Country
Via Kelly Nicole at Call It Closed Int. Realty and CallItClosed.com
8265 Cornhusker Road Shreveport, LA 71107
While the formal dining room can comfortably seat eight with the current table/furniture, there's plenty of room for more seating. We love the thought of breaking bread with our friends and family in this beautiful room.


Kiss Country 93.7
Vrbo
Book Now
#1 For New Country
Via Kelly Nicole at Call It Closed Int. Realty and CallItClosed.com
8265 Cornhusker Road Shreveport, LA 71107
We're loving the dusky blue they've used in the eat-in chef's kitchen. There's tons of storage, plenty of counter space, and all of the gourmet details you would expect in a home like this.


Kiss Country 93.7
Pool
Book Now
#1 For New Country
Via Kelly Nicole at Call It Closed Int. Realty and CallItClosed.com
8265 Cornhusker Road Shreveport, LA 71107
Built-ins, built-ins, and more built-ins! I'm a big reader and can just picture myself spending an afternoon curled up in the corner on a cushion on the built-in bench with the latest best-seller!


Kiss Country 93.7
Pool
Book Now
#1 For New Country
Via Kelly Nicole at Call It Closed Int. Realty and CallItClosed.com
8265 Cornhusker Road Shreveport, LA 71107
Did I mention built-ins? Picture your own decor and photos on the shelves and you'll be ready to get pre-qualified so you can make this property yours.


Kiss Country 93.7
SQUARESPACE
Seamlessly sync your online store inventory no matter where you sell it.
#1 For New Country
Via Kelly Nicole at Call It Closed Int. Realty and CallItClosed.com
8265 Cornhusker Road Shreveport, LA 71107
Even the home office has a ton of natural light! The biggest problem about working in this space is the constant distraction of the windows and the gorgeous view.


Kiss Country 93.7
How doers get more done.
$75.47
$15.00
$42.72
$40.94
$5.37
$17.32
#1 For New Country
Via Kelly Nicole at Call It Closed Int. Realty and CallItClosed.com
8265 Cornhusker Road Shreveport, LA 71107
This property boasts four bedrooms and each features an ensuite bathroom. How posh is the chandelier over the bed?


Kiss Country 93.7
How doers get more done.
$75.47
$15.00
$42.72
$40.94
$5.37
$17.32
#1 For New Country
Via Kelly Nicole at Call It Closed Int. Realty and CallItClosed.com
8265 Cornhusker Road Shreveport, LA 71107
This bathroom is one of five (4 full baths and one ½ bath) and feels more like a spa than an ordinary bathroom.


Kiss Country 93.7
Pool
Book Now
#1 For New Country
Via Kelly Nicole at Call It Closed Intl. Realty and CallItClosed.com
8265 Cornhusker Road Shreveport, LA 71107
While this bathroom isn't quite as fancy as the first one we showed you, the beautiful stained glass window makes it a showpiece in its own right.


Kiss Country 93.7
Pool
Book Now
#1 For New Country
Via Kelly Nicole at Call It Closed Intl. Realty and CallItClosed.com
8265 Cornhusker Road Shreveport, LA 71107
The next bedroom is just as roomy as the rest with tons of light and another private ensuite bathroom.


Kiss Country 93.7
Vrbo
Book Now
#1 For New Country
Via Kelly Nicole at Call It Closed Intl. Realty and CallItClosed.com
8265 Cornhusker Road Shreveport, LA 71107
This bathroom is already gorgeous and has a ton of fun details like the lighted built-in vanity but it's the angled ceiling that makes us love it the most.


Pool
Book Now
#1 For New Country
Via Kelly Nicole at Call It Closed Int. Realty and CallItClosed.com
8265 Cornhusker Road Shreveport, LA 71107
Did we mention that all of the floors are the original refurbished hardwood? We sure wouldn't mind claiming this bedroom as our own!


Beachfront
Book Now
#1 For New Country
Via Kelly Nicole at Call It Closed Int. Realty and CallItClosed.com
8265 Cornhusker Road Shreveport, LA 71107
Yes, that's a chandelier in the bathroom! How bougie is that? The sink is also a great touch!


#1 For New Country
Via Kelly Nicole at Call It Closed Int. Realty and CallItClosed.com
8265 Cornhusker Road Shreveport, LA 71107
This property features a separate 1,063 square foot guest house with a large front porch, living, kitchen, bed, and bath areas. (No, the pup isn't included!)


Kiss Country 93.7
#1 For New Country
Via Kelly Nicole at Call It Closed Int. Realty and CallItClosed.com
8265 Cornhusker Road Shreveport, LA 71107
While this might not look like much during the day, there's a reason why there are fairy lights strung over this concrete pad. It's a dance floor for your new events venue!


BEST BUY
Google - Fi SIM Card Kit
$9.99
Shop Now
Ready in one hour with store pickup.
Kiss Country 93.7
#1 For New Country
Via Kelly Nicole at Call It Closed Int. Realty and CallItClosed.com
8265 Cornhusker Road Shreveport, LA 71107
Yes, this property comes complete with a 1,200-square-foot event venue. Just think of the parties you could host!


Kiss Country 93.7
#1 For New Country
Via Kelly Nicole at Call It Closed Int. Realty and CallItClosed.com
8265 Cornhusker Road Shreveport, LA 71107
This beautiful home is a steal at $1,800,000. That works out to roughly $6,875 a month or $260 a square foot.


Kiss Country 93.7
The new Glycerin 20
BROOKS
Learn more
#1 For New Country
Via Kelly Nicole at Call It Closed Int. Realty and CallItClosed.com
8265 Cornhusker Road Shreveport, LA 71107
Yes, this totally updated historic home built in 1923 could be yours! A few of the other features include a stocked pond for fishing, a 600-square-foot storage building, and a wet bar. A new roof was installed in 2018 on the main house, garage, guest house, and pool house. If this property is your idea of paradise, call Kelly Nicole today at (318) 658-6196.


Alert Logic
Cybersecurity Made Easy
DOWNLOAD
HIGHWAY 98.9
LISTEN NOW
Home Buyers In Charlottesville
FEATURED
THIS IS THE BOUGIEST HOME WE'VE EVER SEEN IN SHREVEPORT-BOSSIER
SHARE ON FACEBOOK
SHARE ON TWITTER
Get our free mobile app
You won't believe your eyes when you look at this property that just hit the market in Shreveport-Bossier City!
I honestly didn't know that properties like this existed in our area. Being a horse girl, when a 'farm' comes up for sale, I can't help taking a look. While being listed as 'rural,' this Northrose Estates home is located just 12 miles outside of downtown Shreveport, 7 miles away from I-220.
Obviously, this property is gorgeous, but what really sends it over the top is the fact it comes complete with a 1,200-square-foot event venue that you can use for added income. Yes, you could own your own wedding/event space! Let's take a look at this completely remodeled historic home built in 1923.
Home Buyers In Charlottesville
RECOMMENDED FOR YOU


KEEL
101.7FM & 710AM
HOME | ON AIR | LISTEN | EVENTS | CONTESTS | NEWS | CONTACT
LISTEN NOW
TRENDING: MIKE & MCCARTY ON DEMAND | SEIZE THE DEAL | CRIME NEWS | GET KEEL ON GOOGLE HOME! | LISTEN TO KEEL ON ALEXA! | GET THE KEEL APP!
FEATURED
LSU'S KIM MULKEY TO SPEAK AT INDEPENDENCE BOWL LUNCHEON
THIS IS THE BOUGIEST HOME WE'VE EVER SEEN IN SHREVEPORT-BOSSIER
SHARE ON FACEBOOK
SHARE ON TWITTER
Get our free mobile app
You won't believe your eyes when you look at this property that just hit the market in Shreveport-Bossier City!
I honestly didn't know that properties like this existed in our area. Being a horse girl, when a 'farm' comes up for sale, I can't help taking a look. While being listed as 'rural,' this Northrose Estates home is located just 12 miles outside of downtown Shreveport, 7 miles away from I-220.
Obviously, this property is gorgeous, but what really sends it over the top is the fact it comes complete with a 1,200-square-foot event venue that you can use for added income. Yes, you could own your own wedding/event space! Let's take a look at this completely remodeled historic home built in 1923.


Kiss Country 93.7
HOME | ON AIR | LISTEN | PLAYLIST | EVENTS | WIN STUFF | CONTEST RULES | WEATHER | CONTACT
LISTEN NOW
TRENDING NOW: GARY & BRISTOL PODCAST | CAUGHT IN THE ACT | SEIZE THE DEAL | DOWNLOAD THE 93.7 APP! | KISS CLASS OF THE DAY | GARY AND BRISTOL
FEATURED
AMERICA'S TOP 10 GREENEST AND NOT SO GREEN CITIES TO WORK IN
THIS IS THE BOUGIEST HOME WE'VE EVER SEEN IN SHREVEPORT-BOSSIER
SHARE ON FACEBOOK
SHARE ON TWITTER
Get our free mobile app
You won't believe your eyes when you look at this property that just hit the market in Shreveport-Bossier City!
I honestly didn't know that properties like this existed in our area. Being a horse girl, when a 'farm' comes up for sale, I can't help taking a look. While being listed as 'rural,' this Northrose Estates home is located just 12 miles outside of downtown Shreveport, 7 miles away from I-220.
Obviously, this property is gorgeous, but what really sends it over the top is the fact it comes complete with a 1,200-square-foot event venue that you can use for added income. Yes, you could own your own wedding/event space! Let's take a look at this completely remodeled historic home built in 1923.




11. Starting July 6, 2022, Defendant published Copyrighted Photographs to its social media feed(s), www.facebook.com/K945SBC, www.www.facebook.com/710KEEL, www.facebook.com/kisscountry937, and www.facebook.com/965kvki:




K945
Intro
K945, a Townsquare Media Station, is Shreveport-Bossier's Hit Music Channel! Live and local on-air.
Page · Arts & entertainment
TOWNSQUARE MEDIA, INC
6341 Westport Ave, Shreveport, LA, United States, Louisiana
(318) 320-9436
K945.com
Photos
See all photos
HERE'S TO FREEDOM!
HAPPY FATHER'S DAY!
MEMORIAL DAY
Like
Comment
Share
Write a comment...
K945
You can own your own event venue.
K945.COM
This is the Bougiest Home We've Ever Seen in Shreveport-Bossier
You won't believe your eyes when you look at this property that just hit the market in Shrev...
1 Comment
Most relevant
Like
Reply
K945
Have you tried this spot yet?


KEEL News
Intro
KEEL News, a Townsquare Media Station, is Shreveport's home for Breaking News and Trending Talk
Page · Radio station
TOWNSQUARE MEDIA, INC
6341 Westport Ave, Shreveport, LA, United States, Louisiana
(318) 688-1130
710keel.com
Price Range · $
Photos
See all photos
ELECTION DAY
KEEL
Like
Comment
Share
Write a comment...
KEEL News
Nearly $2 million dollars and some really cool features.
710KEEL.COM
This is the Bougiest Home We've Ever Seen in Shreveport-Bossier
You won't believe your eyes when you look at this property that just hit the market in Shrev...
1 Comment
Most relevant
Caroline King
Bougiest???? Seriously lol
KEEL News
Have you spotted any of these creatures?







12. Defendant is not and has never been licensed to use or display Copyrighted Photographs. Defendant never contacted Plaintiff to seek permission to use Copyrighted Photographs in connection with its website or for any other purpose.

13. Upon information and belief, Defendant located copies of Copyrighted Photographs on the internet and, rather than contact Plaintiff to secure licenses, simply copied Copyrighted Photographs for its own commercial use.

14. Prior to its infringement of Plaintiff's Copyrighted Photographs, Defendant possessed first-hand knowledge "Kelly Nicole," "Call It Closed Int. Realty," or "CallItClosed.com" were not the copyright holder to Copyrighted Photographs.

15. Prior to its infringement of Plaintiff's Copyrighted Photographs, Defendant did not contact "Kelly Nicole," "Call It Closed Int. Realty," or "CallItClosed.com" for permission or license to copy and display Copyrighted Photographs.

16. Prior to its infringement of Plaintiff's Copyrighted Photographs, Defendant contacted no one for permission or license to copy and display Copyrighted Photographs.

17. Defendant cropped out Plaintiff's watermark, "Bold Photography," from each Copyrighted Photograph before posting Copyrighted Photographs to its websites and corresponding social media.

18. Defendant cropped no other part of Copyrighted Photographs other than the bottom edge which contained Plaintiff's watermark, "Bold Photography."

19. Comparisons of Copyrighted Photographs and Defendant's infringing versions of Copyrighted Photographs are exhibited below in the order listed in this paragraph:

| Copyrighted Photographs | Defendant's Infringing Use |
| --- | --- |
|  |  |
|  |  |
|  |  |


























BOLD




FAITH
DREAM
BOLD


FAITH


BOLD




BOLD




BOLD




BOLD



















































20. Defendant cropped out only Plaintiff's watermark from each Copyrighted Photograph before posting Copyrighted Photographs to its websites and corresponding social media.

21. Plaintiff first discovered Defendant's unauthorized use/display of Copyrighted Photographs on or about July 14, 2022. Following Plaintiff's discovery, Plaintiff notified Defendant in writing of such unauthorized use. To date, Plaintiff has been unable to negotiate reasonable compensation for the past infringement of Copyrighted Photographs.

## COUNT I: COPYRIGHT INFRINGEMENT

22. Plaintiff incorporates herein by this reference each and every allegation contained in each paragraph above.

23. Copyrighted Photographs are original works of authorship, embodying copyrightable subject matter, and therefore subject to the full protection of the United States copyright laws (17 U.S.C. § 101 et seq.).

24. Daniel Borel owns a valid copyright in Copyrighted Photographs, having registered Copyrighted Photographs with the Register of Copyrights.

25. Plaintiff has standing to bring this lawsuit and assert the claim(s) herein as it has sufficient rights, title, and interest to such copyright.

26. Defendant reproduced, distributed, and publicly displayed Copyrighted Photographs without authorization from Plaintiff.

27. By its actions, Defendant infringed and violated Plaintiff's exclusive rights in violation of the Copyright Act, 17 U.S.C. § 501, by reproducing, distributing, and publicly displaying Copyrighted Photographs for its own commercial purposes.

28. Defendant's infringement was willful as it acted with actual knowledge or reckless disregard for whether its conduct infringed upon Plaintiff's copyright.

29. Plaintiff has been damaged as a direct and proximate result of Defendant's infringement.

30. Plaintiff is entitled to recover its actual damages resulting from Defendant's unauthorized use of Copyrighted Photographs and, at Plaintiff's election (pursuant to 17 U.S.C. § 504(b)), Plaintiff is entitled to recover damages based on a disgorgement of Defendant's profits from infringement of Copyrighted Photographs, which amounts shall be proven at trial.

31. Alternatively, to the extent infringement by Defendant of Copyrighted Photographs occurred post-registration or within the three (3) month period between first publication and registration, and at Plaintiff's election, Plaintiff is entitled to statutory damages pursuant to 17 U.S.C. § 504(c), in such amount as deemed proper by the Court.

32. To the extent infringement by Defendant of Copyrighted Photographs occurred post-registration or within the three (3) month period between first publication and registration, Plaintiff is further entitled to recover its costs and attorneys' fees as a result of Defendant's conduct pursuant to 17 U.S.C. § 505 for such infringement of the corresponding Copyrighted Photographs.

**COUNT II: REMOVAL AND ALTERATION OF INTEGRITY OF COPYRIGHT MANAGEMENT INFORMATION PURSUANT TO 17 U.S.C. § 1202**

33. Plaintiff is informed and believes Defendant, without the permission or consent of Plaintiff, knowingly and with the intent to conceal infringement, intentionally removed the copyright management information from Plaintiff's Copyrighted Photographs before displaying Copyrighted Photographs on Defendant's websites and corresponding social media. In doing so, Defendants violated 17 U.S.C. § 1202(a)(1) and (b)(1).

34. Plaintiff is informed and believes Defendant, without the permission or consent of Plaintiff, knowingly and with the intent to conceal infringement, intentionally added false copyright management information, "Via Kelly Nicole at Call It Closed Int. Realty and CallItClosed.com," to Plaintiff's Copyrighted Photographs before displaying Copyrighted Photographs on Defendant's websites and corresponding social media. In doing so, Defendants violated 17 U.S.C. § 1202(a)(1) and (b)(1).

35. As a result of Defendant's actions, Plaintiff is entitled to actual damages or statutory damages pursuant to 17 U.S.C. § 1203(c), in such amount as deemed proper by the Court. Plaintiff is further entitled to their attorneys' fees and costs pursuant to 17 U.S.C. § 1203(b)(5).

WHEREFORE, Plaintiff demands judgment against Defendant as follows:

a. A declaration that Defendant has infringed Plaintiff's copyrights in Copyrighted Photographs;

b. A declaration that such infringement is willful (to the extent applicable);

c. An award of actual damages and disgorgement of profits as the Court deems proper or, at Plaintiff's election (to the extent applicable), an award of statutory damages for willful infringement up to $150,000.00 for infringement of each photograph comprising the Work.

d. Awarding Plaintiff its costs and (if applicable) reasonable attorneys' fees pursuant to 17 U.S.C. § 505;

e. Awarding Plaintiff its costs and (if applicable) reasonable attorneys' fees pursuant to 17 U.S.C. § 1203;

f. Awarding Plaintiff interest, including prejudgment interest, on the foregoing amounts;

g. Permanently enjoining Defendant, its employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries, and assigns, and all those in active concert and participation with Defendant, from directly or indirectly infringing Plaintiff's copyrights or continuing to display, transfer, advertise, reproduce, or otherwise market Copyrighted Photographs or to participate or assist in any such activity; and

h. For such other relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all claims for which there is a right to jury trial.

Dated: March 24, 2024

*/s/ David C. Deal*
David C. Deal (VA Bar No.: 86005)
The Law Office of David C. Deal, P.L.C.
117 4th Street NE
Charlottesville, VA 22902
434-233-2727, Telephone
david@daviddeal.com
*Counsel for Plaintiff*